JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MALDONADO<br><br>Plaintiff,<br><br>vs.<br><br>JUAN LOPEZ; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:26-cv-01970-RGK-SSC**<br>Assigned to Hon. R, Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE**<br><br>**[18]** |

Based on the request for dismissal without prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

SO ORDERED.


DATED:  April 27, 2026                    _____

R. Gary Klausner,
United States District ~~Court~~ Judge


NOTICE OF VOLUNTARY DISMISSAL